FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 03 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re ANDREW W. BELL | ) | Case No. |
| | ) | |
| PETITIONER, pro se | ) | 1:21-cv-02486-SEG |
| | ) | |
| vs | ) | |
| | ) | |
| Brad Raffensberger, Secretary of State of the State of Georgia and Chris Harvey Director of Elections for the State of Georgia | ) ) ) ) ) | PETITION FOR WRIT OF MANDAMUS |
| RESPONDENTS | ) ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Andrew W. Bell appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgement of the Court entered December 06, 2022 [Doc. 34]; the Order dated December 06, 2022, granted Defendants' Motion to Dismiss [Doc. 16]; Denying Petition for Writ of Mandamus [7]; Denying Construed Motion for Leave to Amend [24]; Denying as Moot Motion to Strike Amended Pleading [25]; and Denying as Moot Motion to Bring Phone into the Federal Courthouse. The Order was entered on December 06, 2022 [33].

Respectfully submitted, this 3rd day of January, 2023.

(s) _____
ANDREW W. BELL

*Address*: P.O. BOX 82348
ATLANTA, GA 30354

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Notice of Appeal has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

(s) _/s/ Andrew W. Bell_
            ANDREW W. BELL

## CERTIFICATE OF SERVICE

I certify that I have this day served Brad Raffensperger Secretary of State of Georgia and Chris Harvey State of Georgia's Elections Director (opposing party or attorney) with a copy of this Notice of Intent by filing with Clerk of the Court who upload it into the CM/ECF system or by sending a copy, first class postage paid, through the U.S. Mail or by email with the agreement of the (opposing party or attorney) to him/her at: Charlene S. McGowan and Lee M. Stoy, Jr.

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334

_____
(Sign your name.)

P.O. BOX 82348
ATLANTA, GA 30354
(404) 380-0037

electandrewbell@gmail.com

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 3rd day of January, 2023

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES January 05, 2026

3